# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**United States of America,**

     **v.**

                                       **Case No. 2:25-cr-58**

                                       **Judge Michael H. Watson**

**Michael Joseph Aswegan,**

<u>**ORDER**</u>

There being no objections, and upon review of the Information, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 32.  The Court accepts Defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on that count.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

     **IT IS SO ORDERED.**

                                    **MICHAEL H. WATSON, JUDGE**
                                    **UNITED STATES DISTRICT COURT**